AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   14-3221

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __County of Northampton (office of District Attorney)__
was received by me on *(date)* __July 10, 2014__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Terence Houck, Esq.__, who is
designated by law to accept service of process on behalf of *(name of organization)* __County of Northampton Office of District Attorney__ on *(date)* __July 10, 2014__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ __150__ for travel and $ __59.00__ for services, for a total of $ __209.00__ .

I declare under penalty of perjury that this information is true.

Date: __July 10, 2014__

_____
*Server's signature*

__MARK SHORT - Courier__
*Printed name and title*

__3839 Albemarle Ave, Drexel Hill Pennsylvania__
*Server's address*