# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL BRADLEY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-3221 |
| | : | |
| **CITY OF BETHLEHEM, et al.,** | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 10th day of February, 2016, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No 35), and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**, as explained in the accompanying memorandum.

**IT IS FURTHER ORDERED** that the Plaintiff's Amended Joinder Complaint (Doc. No. 19) is dismissed **WITH PREJUDICE.**

The Clerk of this Court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.